**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

PATRICK D. OSEI,                          Civil No. 18-2922 (JRT/DTS)

               Plaintiff,

v.

                                        **ORDER**

Office of Inspector General,
U.S. Department of
Health and Human Services,

               Defendant.

---

         Patrick D. Osei, 6167 104th Circle N., Brooklyn Park, MN 55443, *pro se* plaintiff.

         Pamela Marentette, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for defendant.

         United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated January 31, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

         The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket No. 18] is **GRANTED** for lack of subject matter jurisdiction and that Osei's complaint be dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 20, 2020
at Minneapolis, Minnesota

                                       s/John R. Tunheim_____
                                       JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court